AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ANTHONY RAMON PENICK,

        Plaintiff,

                                      JUDGMENT IN A CIVIL CASE

        V.

                                        CASE NUMBER: 5:22-cv-077

JPAY/SECURUS.CO; and GEORGIA DEPARTMENT OF CORRECTIONS,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated March 15, 2023, Plaintiff's Complaint is dismissed without prejudice for failure to follow this Court's Order and failure to prosecute. Additionally, Plaintiff is denied leave to appeal in forma pauperis. This case stands closed.

Approved by: _____

       Benjamin W. Cheesbro
       United States Magistrate Judge

_March 16, 2023_____
Date

John E. Triplett, Clerk of Court
Clerk

_____
*(By) Deputy Clerk*

GAS Rev 10/2020